UNITED STATES DISTRICT COURT
For the
Southern District of Texas

JOSH MCDOWELL & LILIANA MCDOWELL

    *Plaintiffs*

BATH & BODYWORKS, LLC, BATH & BODY WORKS, INC, RETAIL STORE OPERATIONS, INC., BEAUTY SPEACIALTY HOLDING, LLC, GLOBAL TECH INDUSTRIES, INC., L BRANDS, INC. AND ALENE CANDLES INC.
    *Defendant(s)*

Civil Action No. 4:24-cv-00401

## DEFENDANT, ALENE CANDLES, INC.'S, MOTION FOR LEAVE TO WITHDRAW/DISREGARD DOCUMENT 11

**TO THE HONORABLE JUDGE OF SAID COURT:**

    **COMES NOW,** Alene Candles, Inc. (hereinafter "Defendant"), a Defendant in the above-styled and numbered cause, and files this Motion for Leave to Withdraw/Disregard Document 11, and in support thereof would show unto the Court the following:

    **I.**    **FACTUAL BACKGROUND AND REQUEST FOR RELIEF**

    On or about March 12, 2024, Defendant filed Document 11. Document 11 is Defendant's Original Response to Plaintiffs' Original Complaint. However, when filing Document 11 with the court, Defendant's counsel's paralegal incorrectly clicked on the box "*Answer to **Amended Complaint**/Counter Claim/Cross Claim **Doc 6, Amended Complaint***". The paralegal should have clicked on the box "*Answer to **Complaint  Doc 1***". Upon realizing her error, she immediately refiled Defendant's Original Response to Plaintiffs' Original Complaint (Doc 12).   See Exhibit A.

Defendant has not been served with Plaintiffs' Amended Complaint and, so therefore, could not have responded to the same.

In light of the above, Doc 11 was filed improperly filed and the error can be corrected if the court would allow Defendant to withdraw the same or entering an order that Document 11 be disregarded.

## II. CONCLUSION

For the above noted reasons, Defendant requests that Document 11 be withdrawn/disregarded in the above-styled and numbered cause.

Respectfully submitted,

**J. DIAMOND AND ASSOCIATES, PLLC**

*/s/ Jeffrey L. Diamond*
Jeffrey L. Diamond
    State Bar No. 05802500
    Federal Bar No. 16037
1111 North Loop West, Ste. 500
Houston, Texas 77008
Telephone (713) 227-6800
Facsimile (713) 227-6801
Jeffrey@jdiamondandassociates.com
**Service@jdiamondandassociates.com**
Attorney for Defendant
**ALENE CANDLES, INC**

## CERTIFICATE OF CONFERENCE

I hereby certify that the undersigned conferred, or attempted to confer, with all known counsel of record, and he/she/they has/have not responded – thus, I do not know whether he/she/they is/are unopposed or opposed to the substance of this Motion.

*/s/ Jeffrey L. Diamond*
Jeffrey L. Diamond

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing instrument was sent pursuant to the Texas Rules of Civil Procedure via facsimile, hand-delivered, email and/or deposited in an official depository of the United States Postal Service, in a postage-paid wrapper, certified mail, return receipt requested, properly addressed to counsel of record on the 28th day of March, 2024.

**Via E-Service:  service@mjalawyer.com**
Matias J. Adrogue
Texas Bar No. 24012192
Southern District ID. 30647
Leila M. El-Hakam
Texas Bar No. 24007147
Southern District ID. 665005
1629 West Alabama St.
Houston, Texas 77006
Tel: 713-425-7270
Fax: 713-425-7271
***Counsel for Plaintiffs***

                                                */s/ Jeffrey L. Diamond*
                                                Jeffrey L. Diamond